B & A MOTEL CORP. v. NEW JERSEY
TURNPIKE AUTHORITY.

March 9, 1981.

Petition for certification denied.


STATE OF NEW JERSEY v. JAMES MAGWOOD.

March 10, 1981.

Petition for certification denied.   (See 177 *N.J.Super.* 105)


STATE OF NEW JERSEY v. RICHARD HOWERY.

March 10, 1981.

Petition for certification denied.


STATE OF NEW JERSEY v. TYRONE M. THOMAS.

March 10, 1981.

Petition for certification denied.